# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:03CV305
## (1:99CR52-21)

| | |
|---|---|
| GENE TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **JUDGMENT** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. §2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

2

**Signed: November 7, 2005**

Lacy H. Thornburg
United States District Judge